**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

THE EXPORT-IMPORT BANK OF
THE REPUBLIC OF CHINA,

        Plaintiff,

-against-

DEMOCRATIC REPUBLIC OF THE CONGO,
f/k/a/ REPUBLIC OF ZAIRE,

        Defendant.

------------------------------------------------------------ x



16 Civ. 4480 (DAB)(GWG)

DAB 1/23/17

(PROPOSED) DAB 1/23/17
**DEFAULT JUDGMENT**

    This action having been commenced on June 14, 2016 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on defendant Democratic Republic of the Congo (the "DRC"), formerly known as the Republic of Zaire, on June 23, 2016 (a) by registered mail to Democratic Republic of the Congo, f/k/a Republic of Zaire, c/o Ministry of Finance B.P. 12997, Kinshasa-Gombe, Democratic Republic of the Congo, f/k/a Republic of Zaire, and (b) by Federal Express overnight delivery to CT Corporation System, DRC's Process Agent, 111 Eighth Avenue, New York, NY 10011, each service pursuant to Section 8.04 of the loan agreement (the "Loan Agreement") at issue in this action, and a proof of service having been filed on July 5, 2016 (ECF Dkt. No. 6), and DRC not having answered the Complaint, and the time for answering the Complaint having expired, it is

    ORDERED, ADJUDGED AND DECREED: that plaintiff The Export-Import Bank of the Republic of China have judgment against the DRC in the liquidated amount of $ 57,325,223.40 , consisting of $20,000,0000 in unpaid principal on the Loan Agreement, plus accrued interest at 4.5% on each of the loan's scheduled semi-annual

principal payments of $666,667.00 (except the last principal payment, which was $666,657.00) from December 20, 1991 to the date such principal payment came due totaling $11,641,496.72 as of November 15, 2016, plus default interest at 10% on each overdue principal payment from February 28, 1997 to November 15, 2016 in the amount of $25,300,393.04, for a total sum of $56,941,889.76, plus default interest of $5,555.56 per day accrued from November 16, 2016 to the date of entry of judgment on the total unpaid principal balance of Loan Agreement in the amount of $ 383,333.64.

Dated: New York, New York
~~November 23,~~ 201~~6~~
January         7

*/s/ Deborah A. Batts* 1/23/17
Hon. Deborah A. Batts
United States District Judge

2