UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
EXPORT-IMPORT BANK OF THE REPBULIC OF :
CHINA, :
:
Plaintiff, : 16-CV-4480 (JMF)
:
-v- : ORDER
:
DEMOCRATIC REPUBLIC OF THE CONGO f/k/a :
REPUBLIC OF ZAIRE, :
Defendant. :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's October 29, 2020 Memorandum Opinion and Order, *Export-Import Bank of the Republic of China v. Democratic Republic of the Congo*, No. 16-CV-4480 (JMF), 2020 WL 6365014, at *2 (S.D.N.Y. Oct. 29, 2020) (ECF No. 64), Plaintiff was required to file a status letter stating what sanctions have accrued, providing information on any contact or communications with Defendant regarding this dispute, and stating whether Plaintiff believes the sanctions ordered by the Court should be revisited or modified sixty days after the date of the Memorandum Opinion and Order **and every two months thereafter**. Although Plaintiff filed the first such letter on December 28, 2020, ECF No. 66, to date Plaintiff has not satisfied its obligations, as more than two months have since passed. As a courtesy, Plaintiff's deadline to file a second status letter is hereby EXTENDED, *nunc pro tunc*, to **March 12, 2021**.

      SO ORDERED.

Dated: March 5, 2021
      New York, New York
                                                JESSE M. FURMAN
                                                United States District Judge