UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EXPORT-IMPORT BANK OF THE REPUBLIC OF CHINA,<br><br>                  Plaintiff,<br><br>    v.<br><br>DEMOCRATIC REPUBLIC OF THE CONGO,<br><br>                  Defendant. | Civil Action No. 16-cv-4480 (JMF) |

**NOTICE OF MOTION OF IVANHOE MINES US LLC TO QUASH THE THIRD PARTY SUBPOENA ISSUED BY EXPORT-IMPORT BANK OF THE REP. OF CHINA**

**PLEASE TAKE NOTICE** that that upon the accompanying Memorandum of Law, and upon all proceedings in this case to date, the undersigned will move this Court in Courtroom 1105 of the Thurgood Marshall U.S. Courthouse located at 40 Foley Square, New York, New York on the 12th day of January, at 10:00 a.m., or as soon thereafter as counsel can be heard, for an Order, pursuant to Fed. R. Civ. P. 45(d)(3), quashing the third-party subpoena, dated November 10, 2021, served by counsel for Plaintiff upon non-party Ivanhoe Mines US LLC.

DATED: December 29, 2021

WHITE & CASE

By: _____
Joshua Berman
White & Case LLP
1221 Avenue of the Americas
New York, New York 10020
(212)-819-8547
joshua.berman@whitecase.com

*Attorneys for Ivanhoe Mines US LLC*

## ORDER GRANTING NON-PARTY'S IVANHOE MINES US LLC'S MOTION TO QUASH EXPORT-IMPORT BANK OF THE REP. OF CHINA'S SUBPOENA

THIS CAUSE having come before the Court on January 12, 2022, upon Ivanhoe Mines US LLC's Motion to Quash Plaintiff's Subpoena Duces Tecum dated November 10, 2021, and the Court having reviewed the record and being otherwise duly advised in the premises, it is hereby:

ORDERED AND ADJUDGED, Ivanhoe Mines US LLC's Motion is hereby **GRANTED.**

_____

HON. JESSE M. FURMAN