UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
THE EXPORT-IMPORT BANK OF THE REPUBLIC   :
OF CHINA,                                :
                                         :
              Plaintiff,                  :   16-CV-4480 (JMF)
                                         :
       -v-                              :          ORDER
                                         :
DEMOCRATIC REPUBLIC OF THE CONGO,        :
                                         :
              Defendant.                  :
                                         :
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       As stated on the record during the teleconference held earlier today:

- Plaintiff and non-party Ivanhoe Mines US LLC shall meet and confer to determine whether Ivanhoe's motion to quash Plaintiff's subpoena can be mooted or narrowed.

- In the event that they are unable to come to agreement, Plaintiff shall file any opposition to the motion by **January 21, 2022**.

- Ivanhoe shall file any reply by **January 28, 2022**.

- In its next status letter, Plaintiff shall show cause why the sanctions order should remain in effect.

       SO ORDERED.

Dated: January 5, 2022
       New York, New York

                                                                               JESSE M. FURMAN
                                                                           United States District Judge