# EXHIBIT C

## Setz, Anna Lea

| | |
|---|---|
| **From:** | Setz, Anna Lea |
| **Sent:** | Friday, January 14, 2022 4:09 PM |
| **To:** | 'Berman, Joshua' |
| **Subject:** | RE: Export-Import Bank v. DRC: Ivanhoe subpoena |

Thank you, Josh.

**From:** Berman, Joshua <joshua.berman@whitecase.com>
**Sent:** Friday, January 14, 2022 4:04 PM
**To:** Setz, Anna Lea <asetz@sullivanlaw.com>
**Subject:** RE: Export-Import Bank v. DRC: Ivanhoe subpoena

Apologies for the delay. My week has been completely upside down with unanticipated travel. I will be back to you ASAP. I know you are waiting.

**Joshua Berman** | Partner
**T** +1 212 819 8547   **M** +1 917 207 5418   **E** joshua.berman@whitecase.com
White & Case LLP | 1221 Avenue of the Americas | New York, NY 10020-1095

**From:** Setz, Anna Lea <asetz@sullivanlaw.com>
**Sent:** Friday, January 14, 2022 3:43 PM
**To:** Berman, Joshua <joshua.berman@whitecase.com>
**Subject:** RE: Export-Import Bank v. DRC: Ivanhoe subpoena

Following up on this; please let me know. Best, Anna Lea

**From:** Setz, Anna Lea
**Sent:** Thursday, January 13, 2022 10:12 AM
**To:** 'Berman, Joshua' <joshua.berman@whitecase.com>
**Cc:** Summit, Paul E. <psummit@sullivanlaw.com>
**Subject:** RE: Export-Import Bank v. DRC: Ivanhoe subpoena

Hi Josh,

Please let me know if you have an update on this.

Thank you,

Anna Lea

**Anna Lea Setz**
**ASSOCIATE**
Sullivan & Worcester LLP
T 212 660 3020 | M 917 834 8776

**From:** Berman, Joshua <joshua.berman@whitecase.com>
**Sent:** Tuesday, January 11, 2022 3:48 PM
**To:** Setz, Anna Lea <asetz@sullivanlaw.com>
**Cc:** Summit, Paul E. <psummit@sullivanlaw.com>
**Subject:** RE: Export-Import Bank v. DRC: Ivanhoe subpoena

1

I haven't yet but expect to shortly.  Kindly bear with me and I'll be back to you as soon as possible.

**Joshua Berman**  |  Partner
T  +1 212 819 8547     M  +1 917 207 5418     E  joshua.berman@whitecase.com
White & Case LLP  |  1221 Avenue of the Americas  |  New York, NY 10020-1095

**From:** Setz, Anna Lea <asetz@sullivanlaw.com>
**Sent:** Tuesday, January 11, 2022 3:47 PM
**To:** Berman, Joshua <joshua.berman@whitecase.com>
**Cc:** Summit, Paul E. <psummit@sullivanlaw.com>
**Subject:** RE: Export-Import Bank v. DRC: Ivanhoe subpoena

Hi Josh,

I'm just following up on our conversation last Friday. Have you already found out more about a) Ivanhoe US not having any documents responsive to the subpoena; b) Ivanhoe US' relationship with its subsidiaries in Bermuda and South Africa; and c) money transfers to the DRC made via the US?

Thank you,

Anna Lea

**Anna Lea Setz**
ASSOCIATE

Sullivan & Worcester LLP
1633 Broadway, New York, NY 10019
T 212 660 3020  |  M 917 834 8776
asetz@sullivanlaw.com
Bio  |  vCard  |  LinkedIn
sullivanlaw.com



*Celebrating 80 years of client service*

BOSTON   LONDON   NEW YORK   TEL AVIV   WASHINGTON, DC

**From:** Berman, Joshua <joshua.berman@whitecase.com>
**Sent:** Friday, January 7, 2022 12:45 PM
**To:** Setz, Anna Lea <asetz@sullivanlaw.com>
**Cc:** Summit, Paul E. <psummit@sullivanlaw.com>
**Subject:** RE: Export-Import Bank v. DRC: Ivanhoe subpoena

Do you guys want to speak at 1 or 2 today?

**From:** Setz, Anna Lea <asetz@sullivanlaw.com>
**Date:** Friday, Jan 07, 2022, 12:44 PM
**To:** Berman, Joshua <joshua.berman@whitecase.com>
**Cc:** Summit, Paul E. <psummit@sullivanlaw.com>
**Subject:** RE: Export-Import Bank v. DRC: Ivanhoe subpoena

Hi Josh,

Please find the attached correspondence on behalf of the Export-Import Bank of the Republic of China.

Best,

Anna Lea

---

**From:** Setz, Anna Lea
**Sent:** Wednesday, January 5, 2022 2:51 PM
**To:** 'Berman, Joshua' <joshua.berman@whitecase.com>
**Cc:** Summit, Paul E. <psummit@sullivanlaw.com>
**Subject:** Export-Import Bank v. DRC: Ivanhoe subpoena

Hi Josh,

Do you have time for a meet and confer with Paul and me this Friday (1/7) at 2pm?

Best,

Anna Lea


**Anna Lea Setz**
ASSOCIATE

Sullivan & Worcester LLP
1633 Broadway, New York, NY 10019
T 212 660 3020 | M 917 834 8776
asetz@sullivanlaw.com
Bio | vCard | LinkedIn
sullivanlaw.com



**What's Your Next?**
**Move forward with Sullivan**

BOSTON   LONDON   NEW YORK   TEL AVIV   WASHINGTON, DC

This message is intended to be confidential and may be legally privileged. It is intended solely for the addressee. If you are not the intended recipient, please delete this message from your system and notify us immediately. Any disclosure, copying, distribution or action taken or omitted to be taken by an unintended recipient in reliance on this message is prohibited and may be unlawful.


==========================================================================
This email communication is confidential and is intended only for the individual(s) or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, please do not read, copy, use or disclose the contents of this communication to others. Please notify the sender that you have received this email in error by replying to the email or by telephoning +1 212 819 8200. Please then delete the email and any copies of it. Thank you.

Our external privacy policy is available on https://www.whitecase.com/privacy-policy.

==========================================================================

This message is intended to be confidential and may be legally privileged. It is intended solely for the addressee. If you are not the intended recipient, please delete this message from your system and notify us immediately. Any disclosure, copying, distribution or action taken or omitted to be taken by an unintended recipient in reliance on this message is prohibited and may be unlawful.


==========================================================================

This email communication is confidential and is intended only for the individual(s) or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, please do not read, copy, use or disclose the contents of this communication to others. Please notify the sender that you have received this email in error by replying to the email or by telephoning +1 212 819 8200. Please then delete the email and any copies of it. Thank you.

Our external privacy policy is available on https://www.whitecase.com/privacy-policy.


==========================================================================

This message is intended to be confidential and may be legally privileged. It is intended solely for the addressee. If you are not the intended recipient, please delete this message from your system and notify us immediately. Any disclosure, copying, distribution or action taken or omitted to be taken by an unintended recipient in reliance on this message is prohibited and may be unlawful.


==========================================================================

This email communication is confidential and is intended only for the individual(s) or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, please do not read, copy, use or disclose the contents of this communication to others. Please notify the sender that you have received this email in error by replying to the email or by telephoning +1 212 819 8200. Please then delete the email and any copies of it. Thank you.

Our external privacy policy is available on https://www.whitecase.com/privacy-policy.


==========================================================================