UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------- x
THE EXPORT-IMPORT BANK OF THE REPUBL : 
OF CHINA, :
: 16 Civ. 4480 (JMF)
      Plaintiff and Judgment Creditor, :
:
    -against- :
:
DEMOCRATIC REPUBLIC OF THE CONGO, : **[PROPOSED] ORDER**
:
      Defendant and Judgment Debtor. :
:
------------------------------------------- X

    Plaintiff and Judgment Creditor The Export Import Bank of the Republic China ("Ex-Im Bank") having moved to increase sanctions and to enter judgment on the sanctions accumulated to date against defendant and Judgment Debtor the Democratic Republic of the Congo ("DRC"), it is hereby

    ORDERED that the civil contempt sanctions imposed by this Court's order of October 29, 2020 (ECF No. 64) are hereby increased to $17,000 per day, commencing on the date of this order and terminating upon the DRC's satisfaction of this Court's judgment against the DRC (ECF No. 20) or full compliance with all outstanding discovery demands arising from the Court's order of August 29, 2018 (ECF No. 28); and

    ORDERED that judgment be entered on the unpaid civil contempt sanctions accumulated to date in the form attached hereto.

Dated: _____      _____
      New York, New York      Hon. Jesse M. Furman
                                       United States District Judge