UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------- x
THE EXPORT-IMPORT BANK OF THE REPUBL :
OF CHINA,                              :
                                       :    16 Civ. 4480 (JMF)
      Plaintiff and Judgment Creditor, :
                                       :
     -against-                       :
                                       :
DEMOCRATIC REPUBLIC OF THE CONGO,      :    **JUDGMENT**
                                       :
      Defendant and Judgment Debtor.   :
                                       :
------------------------------------------- X

     Plaintiff and Judgment Creditor The Export Import Bank of the Republic China ("Ex-Im Bank") having moved to increase sanctions and to enter judgment on the sanctions accumulated to date against defendant and Judgment Debtor the Democratic Republic of the Congo ("DRC"), it is hereby

     **ORDERED, ADJUDGED AND DECREED:** That judgment is hereby entered in favor of the Ex-Im Bank and against the DRC in the amount of **$5,162,620** in accumulated civil contempt sanctions pursuant to this Court's order of October 29, 2020 (ECF No. 64; "Sanctions Order") for the period from October 29, 2020 to April 29, 2022.

     This is a final judgment with respect to the civil contempt sanctions for the period set forth above. Nothing in this judgment relieves the DRC of its obligations under this Court's October 29, 2020 order or prevents the further accrual of civil contempt sanctions pursuant to that order or any further sanctions order following the period set forth above. Nothing in this judgment relieves the DRC of its obligations under this Court's January 23, 2017 judgment

against the DRC (ECF No. 20). Post-judgment interest shall accrue on this judgment at the rate provided by 28 U.S.C. § 1961(a).

Dated:  _____                    _____
       New York, New York                    Hon. Jesse M. Furman
                                                   United States District Judge