```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
THE EXPORT-IMPORT BANK OF THE REPUBLIC                                 :
OF CHINA,                                                              :
                                                                       :    16-CV-4480 (JMF)
                                    Plaintiff,                         :
                                                                       :         ORDER
                -v-                                                    :
                                                                       :
                                                                       :
DEMOCRATIC REPUBLIC OF THE CONGO,                                      :
                                                                       :
                                    Defendant.                         :
                                                                       :
----------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

      On April 28, 2022, Plaintiff filed a motion for an increase in the sanctions on Defendant as well as judgment as to the sanctions accrued to date. *See* ECF No. 85. Defendant shall file any response by May 13, 2022. Any reply shall be filed by May 20, 2022.

      Plaintiff shall promptly serve Defendant with a copy of this Order, and, no later than May 3, 2022, shall file proof of such service on the docket.

      SO ORDERED.

Dated: April 29, 2022
       New York, New York

                                                     JESSE M. FURMAN
                                                 United States District Judge