UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------ x
THE EXPORT-IMPORT BANK OF THE REPUBL :
OF CHINA,                                                               :
                                                                                  :    16 Civ. 4480 (JMF)
        Plaintiff and Judgment Creditor,    :
                                                                                  :
        -against-                                               :
                                                                                  :
DEMOCRATIC REPUBLIC OF THE CONGO,  :    [PROPOSED] ORDER
                                                                                  :
        Defendant and Judgment Debtor.      :
                                                                                  :
------------------------------------------------ X

      Plaintiff and Judgment Creditor The Export Import Bank of the Republic China ("Ex-Im Bank") having moved to increase sanctions and to enter judgment on the sanctions accumulated to date against defendant and Judgment Debtor the Democratic Republic of the Congo ("DRC"), it is hereby

      ORDERED that the civil contempt sanctions imposed by this Court's order of October 29, 2020 (ECF No. 64) are hereby increased to $17,000 per day, commencing on the date of this order and terminating upon the DRC's satisfaction of this Court's judgment against the DRC (ECF No. 20) or full compliance with all outstanding discovery demands arising from the Court's order of August 29, 2018 (ECF No. 28); and

      ORDERED that judgment be entered on the unpaid civil contempt sanctions accumulated to date ~~in the form attached hereto~~.

Dated:   June 28, 2022
           New York, New York                   Hon. Jesse M. Furman
                                                                         United States District Judge

By June 30, 2022, Plaintiff shall file a proposed judgment calculating the accrued sanctions through June 28, 2022.

The Clerk of Court is directed to terminate Docket No. 85.