UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------ x
THE EXPORT-IMPORT BANK OF THE REPUBLIC
OF CHINA,

        Plaintiff and Judgment Creditor,

-against-

DEMOCRATIC REPUBLIC OF THE CONGO,

        Defendant and Judgment Debtor.
------------------------------------------------ X

16 Civ. 4480 (JMF)

**JUDGMENT**

       Plaintiff and Judgment Creditor The Export Import Bank of the Republic China ("Ex-Im Bank") having moved to increase the civil contempt sanctions levied against Defendant and Judgment Debtor the Democratic Republic of the Congo ("DRC") pursuant to the Court's order of October 29, 2020 (ECF No. 64; the "Sanctions Order") and to enter judgment on the sanctions accumulated to date, and the Court having issued an order on June 28, 2022 (ECF No. 91), which, *inter alia*, increased the civil contempt sanctions against the DRC to $17,000 per day, commencing on the date of the order and terminating upon the DRC's satisfaction of this Court's judgment against the DRC (ECF No. 20) or full compliance with all outstanding discovery demands arising out of the Court's August 29, 2018 order (ECF No. 28), and having directed entry of judgment on unpaid civil contempt sanctions accumulated to date, it is hereby

       **ORDERED, ADJUDGED AND DECREED:** that judgment is hereby entered in favor of the Ex-Im Bank and against the DRC in the amount of **$5,836,872.00** in accumulated civil contempt sanctions pursuant to this Court's Sanctions Order for the period from November 19, 2020 to June 27, 2022.[1]

---

[1] As more fully set forth in the Declaration of Paul E. Summit, dated April 29, 2022 (ECF No. 86), accrued civil contempt sanctions under the Sanctions Order are calculated as the sum of:

    $    28,000.00  ($1,000 per day from November 19, 2020 to December 16, 2020)
    $    56,000.00  ($2,000 per day from December 17, 2020 to January 13, 2021)
    $  112,000.00  ($4,000 per day from January 14, 2021 to February 10, ~~2022~~ 2021)
    $  224,000.00  ($8,000 per day from February 11, 2021 to March 10, 2021)
    $ 5,416,872.00  ($11,428 per day from March 11, 2021 to June 27, 2022)
    $ 5,836,872.00  Total Accrued Civil Contempt Sanctions as of June 27, 2022

This is a final judgment with respect to the civil contempt sanctions for the period set forth above. Nothing in this judgment relieves the DRC of its obligations under this Court's October 29, 2020 and June 28, 2022 orders or prevents the further accrual of civil contempt sanctions pursuant to that order or any further sanctions order following the period set forth above. Nothing in this judgment relieves the DRC of its obligations under this Court's January 23, 2017 judgment against the DRC (ECF No. 20). Post-judgment interest shall accrue on this judgment at the rate provided by 28 U.S.C. § 1961(a).

Dated: June 29, 2022
New York, New York

Hon. Jesse M. Furman
United States District Judge