UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------- x
THE EXPORT-IMPORT BANK OF THE REPUBLIC :
OF CHINA, :
: 16 Civ. 4480 (JMF)
    Plaintiff and Judgment Creditor, :
:
    -against- :
:
DEMOCRATIC REPUBLIC OF THE CONGO, : [PROPOSED] ORDER
:
    Defendant and Judgment Debtor. :
:
------------------------------------------- X

    Plaintiff and Judgment Creditor The Export Import Bank of the Republic China ("Ex-Im Bank") having moved to enter judgment on the accrued sanctions from June 28, 2022 to October 9, 2024 against defendant and Judgment Debtor the Democratic Republic of the Congo ("DRC"), it is hereby

    ORDERED that the civil contempt sanctions imposed by this Court's orders of October 29, 2020 (ECF No. 64) and June 28, 2022 (ECF No. 91) shall be terminated effective October 10, 2024, without terminating the DRC's obligations to satisfy this Court's judgment against the DRC (ECF No. 20) and to fully comply with all outstanding discovery demands arising from the Court's order of August 29, 2018 (ECF No. 28); and

    ORDERED that judgment be entered on the unpaid civil contempt sanctions accumulated from June 28, 2022 to October 9, 2024 in the ~~form attached hereto~~. *Judgment to be entered separately.*

Dated:   October 10, 2024
       New York, New York

                                Hon. Jesse M. Furman
                                United States District Judge