UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
THE EXPORT-IMPORT BANK OF THE REPUBL :
OF CHINA, :
                                  :     16 Civ. 4480 (JMF)
              Plaintiff and Judgment Creditor, :
                                  :
     -against- :
                                    :
DEMOCRATIC REPUBLIC OF THE CONGO, :     **<u>JUDGMENT</u>**
                                    :
              Defendant and Judgment Debtor. :
                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

        Plaintiff and Judgment Creditor The Export Import Bank of the Republic China ("Ex-Im Bank") having moved to enter judgment on the accrued sanctions against defendant and Judgment Debtor the Democratic Republic of the Congo ("DRC"), it is hereby

        **ORDERED, ADJUDGED AND DECREED:** That judgment is hereby entered in favor of the Ex-Im Bank and against the DRC in the amount of **$14,195,000.00** in accumulated civil contempt sanctions pursuant to this Court's orders of October 29, 2020 (ECF No. 64) and June 28, 2022 (ECF No. 91) for the period from June 28, 2022 to October 9, 2024.

        This is a final judgment with respect to the civil contempt sanctions for the period set forth above. Nothing in this judgment relieves the DRC of its obligations under this Court's January 23, 2017 judgment against the DRC (ECF No. 20) and the Court's discovery order of August 29, 2018 (ECF No. 28).  Post-judgment interest shall accrue on this judgment at the rate provided by 28 U.S.C. § 1961(a).

Dated:   <u>October 10, 2024</u>
        New York, New York                   Hon. Jesse M. Furman
                                         United States District Judge

The Clerk of Court is directed to
terminate ECF No. 112.

SO ORDERED.